**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

WILSON HENRIQUE TRILHA FILHO,   Case No. 8:21-bk-04078-CPM
                                Chapter 7

    Debtor.
_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

The undersigned hereby files her Notice of Appearance as counsel for creditor, **Central Bank,** pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, and respectfully requests that all notices given or required to be served in this case be served upon the undersigned attorney at the address below:

Stephanie C. Lieb, Esq.
Florida Bar No. 0031806
slieb@trenam.com
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the above-styled bankruptcy case, whether transmitted or conveyed by mail, telephone or otherwise (1) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to (a) the debtors, (b) property of the

debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that require or seek to require any act, delivery of any property, or payment.

The filing of this request does not constitute a waiver. All rights are reserved, including objection to subject matter and personal jurisdiction.

Dated: August 10, 2021.

*/s/ Stephanie C. Lieb*
STEPHANIE C. LIEB
Florida Bar No. 0031806
slieb@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
*Attorneys for Central Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2021, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was furnished by electronically to all CB/ECF registered participants and/or U.S. Mail to Wilson Henrique Trilha Filho, 2170 Victoria Drive, Davenport, FL 33837; Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 135 W Central Boulevard, Suite 300, Orlando, FL 32801; Carolyn R. Chaney, Chapter 7 Trustee, PO Box 530248, St. Petersburg, FL 33747; and United States Trustee – TPA7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602.

*/s/ Stephanie C. Lieb*
Stephanie C. Lieb